UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
09-10312-RGS

UNITED STATES OF AMERICA

v.

STEPHEN C. DELANEY JR.
SOUTH SHORE FISHERIES, INC.

**ORDER ON OCEAN DUKE'S UNOPPOSED MOTION
TO IMPOUND CONFIDENTIAL MATERIALS**

The Court having considered Movant Ocean Duke Corporation's ("Ocean Duke") Unopposed Motion to Impound Confidential Materials ("Ocean Duke's Impoundment Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT Ocean Duke's Impoundment Motion is hereby GRANTED.  Ocean Duke's Motion for Order Prohibiting Production of Ocean Duke Documents to Defendants, Memorandum of Law in Support thereof and Declarations of Charles L. Kreindler and Roger Lin and Exhibits thereto shall be filed under seal of this Court.  The subject documents shall remain impounded until further order of this Court.  In addition, the United States shall not produce the disputed 388 pages to defendant Stephen C. Delaney, Jr. or his counsel until further order of the Court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 / s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judith Gail Dein

DATED:  May 18, 2010                          U.S. Magistrate Judge